IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                    CASE NO. CIV. 05-2532 DFL GGH

    Plaintiff,

    v.                               ORDER RE DISPOSITION AFTER
                                     NOTIFICATION OF SETTLEMENT
MUOY AING YOU; and DOES 1
through 10, inclusive,

    Defendants.
_____/

    The court has been advised attorney Scott N. Johnson that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than April 12, 2006, and,

//

//

//

1

1      2.  That all hearing dates previously set in this matter

2  are vacated.

3      IT IS SO ORDERED.

4  Dated:  3/23/2006

5

6

7                                 DAVID F. LEVI

8                                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2